AO 247 (NC/W 03/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| KAREEM JEORI WELCH ) | Case No: 3:97CR00110-003 |
| ) | USM No: 13049-058 |
| Date of Previous Judgment: July 8, 1998 ) | D. Baker McIntyre |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ■ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
■ **DENIED.** ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

Previous Offense Level: 38          Amended Offense Level: 38
Criminal History Category: IV       Criminal History Category: IV
Previous Guideline Range: 324 to 405 months    Amended Guideline Range: 324 to 405 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
■ Other (explain): No reduction as the Total Offense Level and guideline imprisonment range remain unchanged since they were based on a cross-reference to First Degree Murder under USSG §2D1.1(d) and §2A1.1(a), rather than on the amount of cocaine base involved in the offense.

**III. ADDITIONAL COMMENTS**



Except as provided above, all provisions of the judgment dated July 8, 1998 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: October 9, 2008

Effective Date: _____
(if different from order date)

Martin Reidinger
United States District Judge